PETER C. ANDERSON
UNITED STATES TRUSTEE
MICHAEL J. HAUSER (State Bar No. 140165)
ATTORNEY FOR U.S. TRUSTEE
OFFICE OF THE UNITED STATES TRUSTEE
Ronald Reagan Federal Building & U.S. Courthouse
411 W. 4th Street, Suite 9041
Santa Ana, California 90701-8000
(714) 338-3400 telephone
(714) 338-3421 facsimile
Email: Michael.Hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(SANTA ANA DIVISION)

| | |
|---|---|
| In re: | Case No: **8:09-22446-RK** |
| **DANIEL JAMES EDRALIN AND KRISTY THI PHAM** | Chapter 7 |
| | THE UNITED STATES TRUSTEE'S DECLINATION STATEMENT PURSUANT TO 11 U.S.C. § 704(b)(2) |
| Debtor. | [No Hearing Set] |

TO THE HONORABLE ROBERT N. KWAN, UNITED STATES BANKRUPTCY JUDGE, DEBTORS, DEBTORS' COUNSEL, THE CHAPTER 7 TRUSTEE, AND ALL INTERESTED PARTIES:

The United States Trustee for Region 16 ("U.S. Trustee") hereby files this statement pursuant to 11 U.S.C. § 704(b)(2) and states as follows:

1. This case was commenced by the filing of a voluntary petition under chapter 7 of the Bankruptcy Code on November 10, 2009.

2. The Debtors are individuals who list primarily consumer debts.

3. After reviewing materials filed and provided by the Debtors, the U.S. Trustee determined that the presumption of abuse under § 707(b)(2) arises in this case. The U. S. Trustee filed a statement of presumed abused under §704(b)(1).

/ /

4. Section 704(b)(2) provides, in relevant part:

The United States trustee...shall, not later than 30 days after the date of filing a statement under [section 704(b)(1)], either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States trustee....does not consider such a motion to be appropriate, if the United States trustee....determines that the debtor's case should be presumed to be an abuse under section 707(b) and the product of the debtor's current monthly income, multiplied by 12 is not less than [the applicable median family income amount.]

5. Based on the currently available information, the U.S. Trustee will not file a motion to dismiss under §707(b)(2) because the U.S. Trustee does not consider such a motion to be appropriate.

6. Specifically, the Debtors' income is substantially lower than their pre-petition income. Accordingly, this loss of income is not reflected on their Official Form 22A.

7. After making adjustments to the Debtors' CMI to account for these circumstances, the Debtors' monthly disposable income falls below the threshold dollar amount necessary to trigger the presumption of abuse.

WHEREFORE, THE U.S. Trustee does not consider a motion to dismiss under 11 U.S.C. § 707(b)(2) to be appropriate under the circumstances.

Respectfully submitted,

PETER C. ANDERSON
United States Trustee for Region 16

Darted: 1/26/10        By: /s/ Michael Hauser
                       Michael J. Hauser
                       Trial Attorney

- 2 -

| In re:                                                      | CHAPTER 7                        |
|-------------------------------------------------------------|----------------------------------|
| DANIEL JAMES EDRALIN AND KRISTY THI PHAM    Debtor(s).      | CASE NUMBER  8:09-22446-RK       |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
411 W. FOURTH ST., #9041, SANTA ANA, CA  92701

The foregoing document **UNITED STATES TRUSTEE'S DECLINATION STATEMENT PURSUANT TO 11 U.S.C. SECTION 704(b)(2)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ( "LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **JANUARY 27, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Gregory J Doan    ecf@doanlaw.com
- Karen S Naylor    acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **JANUARY 27, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

Daniel James Edralin, Kristy Thi Pham**,** 2150 South State College Blvd, Apartment 1006, Anaheim, CA 92806

☐  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **JANUARY 27, 2010**, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Honorable Robert N. Kwan–Bin outside Rm 5097

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| JANUARY 27, 2010 | TARI KING | /s/ Tari King |
|------------------|-----------|---------------|
| *Date*           | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          **F 9013-3.1**